RECEIVED

SEP 06 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 1:23-cr-00212-01 |
| VERSUS | * | Judge Drell |
| JORGE ANTONIO VELEZ-LOPEZ | * | Magistrate Judge Perez-Montes |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 27, 2013, in the Western District of Louisiana and elsewhere, the defendant, JORGE ANTONIO VELEZ-LOPEZ, did willfully and knowingly make a false statement in an application for a United States passport with the intent to secure the issuance of a passport, in that in the application for such passport the defendant declared under penalty of perjury that he had not knowingly and willfully included false documents in support of the application, when in fact the defendant submitted Form N-550, Certificate of Naturalization XXXX4352, which the defendant knew to have been fraudulently procured by means of false claims and statements, in that the defendant, on or about May 29, 2013, stated under penalty of perjury on his Form N-400, that he had never committed a crime or offense for which he had not been arrested, that he had never given false or misleading information to any U.S. Government official while applying for any immigration benefit, and that he had never lied to any U.S. Government official to gain entry or admission to the

1

United States, when in fact, as the defendant then knew, he had committed the offense of sex abuse of a minor from in between June 19, 2003, and June 18, 2009, in Howard County, Maryland.

All in violation of Title 18, United States Code, Section 1542. [18 U.S.C. § 1542].

A TRUE BILL

REDACTED
_____
GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

*Earl M. Campbell*
_____
EARL M. CAMPBELL, LA Bar #25957
Assistant United States Attorney
300 Fannin Street, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600